# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

KENNETH BROSH )
_____ )
_____ )
_____ )
           *Plaintiff* )
           v. )   Case Number: __3:25-cv-01252__
DEPUTY DEVON THOMAS )               (Clerk's Office will provide)
ST. CLAIR COUNTY )
_____ )
_____ )
           *Defendant(s)*

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.  JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.  PARTIES**

**Plaintiff:**

A.   Plaintiff, a citizen of __ILLINOIS__ (state), who resides at

__1233 LAKEVIEW LANE   O'FALLON, IL 62269__, alleges that his/her

civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant __DEVON THOMAS__ is employed as
             (a)   (Name of First Defendant)

__DEPUTY__
        (b)   (Position/Title)

(10/2010)

with __ST. CLAIR COUNTY SHERIFF_____
     (c)  (Employer's Name and Address)

__700 N. 5th ST. BELLEVILLE, IL 62220_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✔] Yes [ ] No

If your answer is YES, briefly explain:


Check one of the following:

[✔] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C. Defendant __ST. CLAIR COUNTY SHERIFF_____ is employed as
    (Name of Second Defendant)

_____
     (Position/Title)

with __700 N. 5th ST.  BELLEVILLE, IL 62220_____
    (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [✔] Yes [ ] No

If you answer is YES, briefly explain:


Check one of the following:

[ ] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D. Defendant _____is employed as
   (Name of Third Defendant)

   _____
   (Position/Title)

   with _____
        (Employer's Name and Address)

   _____

   At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

   If you answer is YES, briefly explain:

   Check one of the following:

   ☐   This defendant **personally participated** in causing my injury, and I want **money damages**.

   ☐   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
          ☐ Yes  ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

SEE ATTACHED COMPLAINT

(10/2010)

V.  **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 150,000                         .

Punitive damages in the amount of $ 400,000                             .

An ordering requiring defendant(s) to:




A declaration that:




Other:




VI.  **JURY DEMAND** (*check one box below*)

Plaintiff ⦿ does or ○ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6/16/2025
(date)

*Kenneth Brosh*
Signature of Plaintiff

1233 LAKEVIEW LANE
Street Address

KENNETH BROSH
Printed Name

O'FALLON, IL  62269
City, State, Zip

(10/2010)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH BROSH, | )<br>)<br>) |
| Plaintiff, | ) Case no. |
| v. | )<br>) |
| DEPUTY DEVON THOMAS, and<br>ST. CLAIR COUNTY, | )<br>)<br>) JURY TRIAL DEMANDED |
| Defendants. | )<br>)<br>) |

## COMPLAINT

## COUNT I

(42 U.S.C. §1983)

(Plaintiff Kenneth Brosh, complains against Defendants Deputy Devon Thomas and St. Clair County,)

(Fourth and Fourteenth Amendment—Unreasonable Seizure)

Plaintiff, KENNETH BROSH, Pro Se, and complaining of the Defendants, Deputy Devon Thomas and St. Clair County, alleges and states as follows:

1. Plaintiff, Kenneth Brosh (hereinafter sometimes referred to as "Brosh"), has brought this action to redress the violation of his rights under the Fourth Amendment to the United States Constitution.

2. Jurisdiction over this action has been conferred upon this Court under 28 U.S.C. §1331 and 42 U.S.C. §1983.

3. Venue is proper in this Court under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in the Southern District of Illinois.

4. Brosh is an individual who resides in the city of O'Fallon, St. Clair County, State of Illinois.

1

5. Defendant Devon Thomas (hereinafter sometimes referred to as "Thomas"), is a police officer for the St. Clair County Sheriff's Department.

6. Defendant St. Clair County is a unit of local government within the State of Illinois, which consists in part of its St. Clair County Sheriff's Department. The County was at all relevant times the employer of the Defendant Officer and is therefore a necessary party to this lawsuit.

7. Plaintiff is licensed as a Dentist and has practiced dentistry for over 25 years. Plaintiff also owns a property management company and a property procurement company and has done so for over 20 years.

8. On or about June 17, 2023, at approximately 4pm, while gardening on his five-acre secluded property, Plaintiff witnessed a driver committing a criminal violation while driving down a partially private drive just off of Plaintiff's property. Plaintiff called the police to report the driver.

9. Defendant Thomas arrived soon after and was instantly hostile towards Plaintif instead of inquiring the details of Plaintiff's call.

10. Defendant Thomas aggressively demanded Plaintiff show his identification and move his vehicle which was now partially on the roadway; or he would be ticketed for obstructing the roadway – a traffic offense.

11. After some time, Plaintiff was able to show his ID and move his vehicle.

12. Defendant Thomas left to his patrol car. Plaintiff then went inside his home.

13. Soon after, Plaintiff turned around and saw the Officer walking around in Plaintiff's garage area and then his home.

2

14. Plaintiff asked why the officer was inside his house, and the officer indicated Plaintiff was being detained and aggressively took plaintiff by his wrists, threw Plaintiff's phone to the ground, breaking it, and arrested Plaintiff without explanation.

15. Plaintiff was then taken to the St. Clair County Jail and charged with Obstruction of a Roadway (625 ILCS 5/11-1416), Disorderly Conduct (720 ILCS 5/26-1(a)(1) and Resisting Arrest/Obstruction (520 ILCS 5/1.22).

16. Under all of the circumstances of this case, the officer did not have a reasonable suspicion that Plaintiff had committed an offense, only previously mentioned a traffic citation; did not have an arrest warrant or any other type of warrant, and Defendant Thomas' seizure of Brosh's person was unreasonable and in violation of the Fourth and Fourteenth Amendment to the United States Constitution.

17. Being arrested and charged with the offenses affected Plaintiff's dentistry practice and his other businesses; and provided embarrassment and distress.

## COUNT II

(42 U.S.C. §1983)

(Plaintiff Kenneth Brosh against Defendants Deputy Devon Thomas and St. Clair County,)

(Fourth Amendment—Unreasonable Search of Property)

18. Each paragraph of this Complaint is incorporated as if restated fully herein.

19. There was no basis under the law for the searching Plaintiff's property without any authority at all, without a search warrant, without exigent or emergency circumstances, and its search and seizure were unreasonable and in violation of the Fourth Amendment to the United States Constitution.

## COUNT III

3

(Plaintiff Kenneth Brosh against Defendants Deputy Devon Thomas and St. Clair County,)

(State Law Claim – Malicious Prosecution)

20. Each paragraph of this Complaint is incorporated as if restated fully herein.

21. ____.

22. ____.

### COUNT IV

(Plaintiff Kenneth Brosh against Defendants Deputy Devon Thomas and St. Clair County,)

(State Law Claim – Intentional Infliction of Emotional Distress)

23. Each paragraph of this Complaint is incorporated as if restated fully herein.

24. ___.

### REQUEST FOR RELIEF

WHEREFORE, the Plaintiff, Kenneth Brosh, prays that this Court:

(a) Award the Plaintiff, compensatory damages in an amount to be determined by the jury;

(b) Award the Plaintiff, and assess against Defendant, Devon Thomas, punitive damages in an amount to be determined by the jury;

(c) Award the Plaintiff Kenneth Brosh, his litigation costs; and

(d) Grant the Plaintiff, Kenneth Brosh, such other and further relief as is proper and just in the premises

### JURY DEMAND

Plaintiff demands trial by jury as to all issues raised in the Complaint.

Respectfully submitted,

/s/ Kenneth Brosh
Kenneth Brosh (Pro Se)
1233 Lakeview Lane
O'Fallon, IL 62269
kenbrosh7@gmail.com
(618) 540-5960 ph